| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/21/2024 |

YELLOWCAKE, INC.,

            Plaintiff,

-against-

REVILLA RECORDS LLC, DISCOS EL PAPI, CUMBIANDO EL MUNDO, and ROBERTO REVILLA SANTIAGO,

            Defendants.

1:23-cv-09190-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On May 21, 2024, the Court held a hearing on Plaintiff's motion for a default judgment against all Defendants. Plaintiff appeared through counsel. Defendants did not appear.

Following the matters discussed at the hearing, IT IS HEREBY ORDERED that, no later than June 4, 2024, Plaintiff shall file a supplemental brief addressing the issues of (1) whether service on Defendants of both the Complaint and Plaintiff's motion for default judgment was proper; and (2) whether the Court has personal jurisdiction over Defendants.

As discussed at the hearing, provided the Court has jurisdiction and Plaintiff shows that service was proper, the Court is prepared to find that Defendants willfully infringed Plaintiff's registered copyrights and to enter default judgment against Defendants, except that (1) the Court will not enter declaratory relief against nonparty ONErpm Studios, LLC; and (2) the Court will order an inquest by a Magistrate Judge as to the proper measure of statutory damages for the alleged copyright infringement. The Court further finds that in the event a default judgment issues, Plaintiff is entitled to its requested attorneys' fees and costs, as well as an award of post-judgment interest on the measure of damages determined by the inquest.

  IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Defendants, including by email.  Plaintiff is further advised of the Court's preference that Plaintiff personally contact Defendants to notify Defendants of the pendency of Plaintiff's motion for default judgment.

**SO ORDERED.**

**Dated: May 21, 2024**
   **New York, NY**             **HON. MARY KAY VYSKOCIL**
                      **United States District Judge**