

**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | P
info@abramslaw.com | E

Long Island · Brooklyn · White Plains · Rochester · Albany

Seth L. Berman, Esq.
Partner/Director Intellectual Property and Entertainment
Dept. Email: sberman@abramslaw.com

September 5, 2024

**Via ECF**

Mary Kay Vyskocil, United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

RE:   *Yellowcake, Inc. v. Revilla Records LLC, et al.*
SDNY Case No. 1:23-cv-09190

---

> Plaintiff's request at ECF No. 55 is **GRANTED**. The deadline for Plaintiff to file its Damages Submission is extended up to and including **September 27, 2024**, and the Defendants' deadline to respond is extended up to and including **October 28, 2024**.
>
> The Clerk of Court is respectfully directed to close ECF No. 55.
>
> SO ORDERED.   September 5, 2024
>
> SARAH L. CAVE
> United States Magistrate Judge

---

Dear Judge Vyskocil:

    This firm represents Plaintiff, Yellowcake Inc., ("Yellowcake") in the above-referenced matter. We are filing this letter motion pursuant to Your Honor's local part rules to request a brief extension of time in which to file Plaintiff's proposed findings of fact and conclusions of law concerning damages (the "Damages Submission") pursuant to the scheduling order dated August 9, 2024 (Dkt. 52).

    Plaintiff's Damages Submission is presently due September 9, 2024.  Plaintiff requests an extension of time in which to file its Damages Submission to September 27, 2024, but Plaintiff will use best efforts to file the Damages Submission before then.  This is Plaintiff's first request for an extension of time regarding this matter.

    Counsel for Plaintiff requests an extension of time due to unexpected emergency motion practice that arose after being out of the office the end of August. The requested extension of time does affect any other scheduled dates.

    Lastly, this application is being made without the consent of any of the Defendants because Defendants have defaulted in this matter and the undersigned is not aware of any counsel representing Defendants from whom he could request consent, and Defendants have not participated in this action.

Respectfully submitted,

Seth L. Berman

SLB/gar