USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YELLOWCAKE, INC.,<br><br>           Plaintiff,<br><br>-against-<br><br>REVILLA RECORDS LLC, DISCOS EL PAPI, CUMBIANDO EL MUNDO, and ROBERTO REVILLA SANTIAGO,<br><br>           Defendants. | 23-cv-09190 (MKV)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

MARY KAY VYSKOCIL, United States District Judge:

  After granting Plaintiff's motion for default judgment, the Court referred this case to the Magistrate Judge for an inquest into the amount of "statutory damages for copyright infringement pursuant to 17 U.S.C. § 504(c)" that should be awarded. [ECF No. 48 ("Order Granting Default Judgment") at 2]. Magistrate Judge Cave issued a detailed and well-thought-out Report and Recommendation ("R&R"). [ECF No. 69]. No party filed any objections to the R&R and the time for filing objections has since closed.

  In reviewing a magistrate judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If no party objects to a Report and Recommendation, a district court will review the Report and Recommendation for clear error. *PIRS Cap., LLC v. Chen*, 2024 WL 3938367, at *1 (S.D.N.Y. Aug. 26, 2024); *Owoyemi v. Credit Corp Sols. Inc.*, 677 F. Supp. 3d 285, 289 (S.D.N.Y. 2023).

  The Court finds that the reasoning and conclusions of Magistrate Judge Cave's Report and Recommendation are sound and well-reasoned, and therefore the Court adopts them.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is awarded $80,000 in statutory damages for the reasons set forth in the Report and Recommendation, in addition to the other damages that the Court awarded Plaintiff in its Order Granting Default Judgment. [ECF No. 48].

The Clerk of Court respectfully is requested to enter judgment and to close this case.

**SO ORDERED.**

Date: **October 10, 2025**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**