**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YELLOWCAKE, INC.,

                Plaintiff,                  23 **CIVIL** 9190 (MKV)

       -against-                    **JUDGMENT**

REVILLA RECORDS LLC, DISCOS EL PAPI,
CUMBIANDO EL MUNDO, and ROBERTO
REVILLA SANTIAGO,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 10, 2025, Plaintiff is awarded $80,000 in statutory damages for the reasons set forth in the Report and Recommendation, in addition to the other damages that the Court awarded Plaintiff in its Order Granting Default Judgment. [ECF No. 48] . Accordingly, the case is closed.

**Dated:**  New York, New York
         October 14, 2025

                                                      **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                      **BY:**

                                                          **Deputy Clerk**